509 P.2d 561

**Bobby Joe HAMILTON, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 9657.**

Supreme Court of New Mexico.

April 10, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1018, 85 N.M. 87, 509 P.2d 562 be and the same is hereby returned to the Clerk of the Court of Appeals.

509 P.2d 561

**YUCCA FORD, INC. and Kenneth E. Clear, Petitioners,**

v.

**Richard F. SCARSELLA, Respondent.**

**No. 9707.**

Supreme Court of New Mexico.

April 10, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1025, 85 N.M. 89, 509 P.2d 564 be and the same is hereby returned to the Clerk of the Court of Appeals.

509 P.2d 561

**Lars BJORK and Center For Human Services, Petitioners,**

v.

**David SALAZAR et al., Respondents.**

**No. 9713.**

Supreme Court of New Mexico.

April 26, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 957, 85 N.M. 94, 509 P.2d 569, be and the same is hereby returned to the Clerk of the Court of Appeals.